FRENCH, Respondent, v. WESTERN NEW YORK & P. R. CO., Appellant.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Thomas O. French against the Western New York & Pennsylvania Railroad Company.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.
No opinion.   Motion for leave to appeal to the court of appeals denied.   See 25 N. Y. Supp. 229.

---

GIBBS, Respondent, v. CARNAHAN, Appellant.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Mary K. Gibbs against George A. Carnahan, as executor, etc.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADIEY, JJ.
No opinion.   Judgment and order appealed from affirmed.   For decision at special term, see 25 N. Y. Supp. 786.

---

LILLI, Appellant, v. KEPPLE, Respondent.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Sylphina Lilli against John Kepple.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.
No opinion.   Judgment appealed from affirmed.

---

LOVELL, Respondent, v. JACOBS, Appellant.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Frank H. Lovell against George W. Jacobs.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.
No opinion.   Judgment appealed from affirmed, with costs.

---

McCORMICK, Respondent, v. McCORMICK, Appellant.

*(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Thomas P. McCormick against John McCormick, Jr.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.
No opinion.   Order denying defendant's motion for new trial, appealed from, affirmed, with costs, and judgment ordered for the plaintiff on the verdict.   See 22 N. Y. Supp. 1125.

---

McCRUDEN, Respondent, v. ROCHESTER RY. CO., Appellant.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Bridget McCruden against the Rochester Railway Company.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.
No opinion.   Judgment and order appealed from affirmed, on opinion of Rumsey, J., at the circuit.   25 N. Y. Supp. 114.